## United States Bankruptcy Court
### Southern District of Texas

In re   **X-Subsea USA, LLC** _____

_____
Debtor(s)

Case No.   **15-32619-H5-7**

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - FIRST AMENDED

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **6/9/2015** _____

_____
**Jason Miller/CEO**
Signer/Title

AAA Plumbers
PO Box 40291
Houston, TX 77240

Ace Electronics
3210 Antoine Dr.
Houston, TX 77092

Acme Forklifts
11950 Sw 144th Court, No. 2
Miami, FL 33186-8642

Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110-2704

Adobe Systems
345 Park Avenue
San Jose, CA 95110-2704

Aflac
1932 Wynnton Road
Columbus, GA 31999

AIG/Chartis
22427 Nework Place
Chicago, IL 60673-1224

Air Starter Components
13935 Stafford Road
Stafford, TX 77477

Air-Current
8403 Braeburn Valley Dr.
Houston, TX 77074

Aitken, Steve
16507 Tory View Terrace
Houston, TX 77095

Ali AlTalakani
10755 Meadowglen Lane
Apartment 198
Houston, TX 77095

Alister Braid
B21, No. 6, Calle Chimbesque
Parkque de la Reina
Arona, Santa Cruz de Tennerife 38632

Alklean Industries
2111 Catalina
Pasadena, TX 77503

Allen, Kimberley
106 South Vesper Bend Circle
Spring, TX 77382

Allied Time USA
416 N. Orange Avenue
Deland, FL 32720

Alvarez, Edgar
Calle Camino a San Carlos M26 LT4-B
Cofradia San Miguel, Cuautitian

Always Safety & First Aid
PO Box 1407
Alvin, TX 77512

American Express
PO Box 650448
Dallas, TX 75262-0448

American First Insurance Co
3400 Waterview Parkway
Suite 200
Richardson, TX 75080-1484

Anez, Jorge
Av. La Salle, 2565
Santa Cruz, Bolivia

Anita Henry Tax Assessor-Collector
PO Box 203908
Houston, TX 77216

Apache Oil Company
PO  Box 177
Pasadena, TX 77501

Aparcio, Marco
1120 Luzon, Apt 1
Houston, TX 77009

Art Department
48 Greene Street, 4th Floor
New York, NY 10013

Assurant Employee Benefits
PO Box 807009
Kansas City, MO 64184-7009

AT&T
PO  Box 6463
Carol Stream, IL 60197-6463

AT&T
P.O. Box 2969
Omaha, NE 68103-2969

Atlantic Hydraulics
684 Saw Mill River Road
Yonkers, NY 10710

Aunt Pookies Bar-B-Q
1450 W. Sam Houston Pkwy N
Houston, TX 77043

Auto Zone
6400 N Eldridge Park
Houston, TX

BassTool & Supply, Inc.
2300 Fairway Park Dr
Houston, TX 77092

Batteries Plus
6073 Highway 6 North
Suite F
Houston, TX 77084

BDO Siedman
P.O. Box 31001-0860
Pasadena, CA 91110-0860

BDO Siedman
333 Clay St., Ste 4700
Houston, TX 77002

Benchmark Energy Transport Services, Inc
P.O. Box 203904
Dallas, TX

Berendsen Fluid Power Inc.
401 South Boston Avenue, Suite 1200
Tulsa, OK 74103

Best Buy
9670 Old Katy Road
Houston, TX 77005

Beta Technology
PO Box 218686
Houston, TX 77218-8686

Bishop Lifting
125 McCarty
Houston, TX 77029

Blue Cross Blue Shield of Texas
P.O. Box 731428
Dallas, TX 75373

BMP Partners Inc.
4923 West 34th Street
Houston, TX 77092

BN Americas Oil & Gas
Los Militares 6191 - Piso 7
Las Condes, Santiago, Chile

BOA Marine Services
800 Town and Country Blvd., Suite 200
Houston, TX 77024

Bob Cai Realty
6200 Savoy Dr., Suite 265
Houston, TX 77036

Bottomless Pit BBQ
PO Box 1340
Missouri City, TX 77459

Bowes, Joe

Brand Management Professionals
4923 W. 34th Street
Houston, TX 77092

Burleson LLP
700 Milam, Suite 1100
Houston, TX 77002

CA Richards
777 North Eldridge Parkway
Suite 280
Houston, TX 77079-4497

Carboline
PO Box 931942
Cleveland, OH 44193

Carmlelite Hotel
Stirling Street
Aberdeen AB11 6JU, United Kingdom

Carquest
13806 FM 529
Houston, TX 77041

Carroll, Zach
14718 Cypress Meadow Drive
Cypress, TX 77429

CD Language Solutions, LP
2500 Tanglewilde, Suite 490
Houston, TX 77063

CEP
PO Box 301499
Dallas, TX 75303-1499

Chavez, Hernando
14807 Carolina Falls Lane
Cypress, TX 77433

Cintas Corporation
PO Box 636525
Cincinnati, OH 45263-6525

City of Marshall, TX
PO Box 698
401 S Alamo
Marshall, TX 75670

Clarke, Hampton
175 US-46
Fairfield, NJ 07004

CNL Industries
17545 Huffmeister Road
Cypress, TX 77429

Coca-Cola Refreshments
1 Coca Cola Parkway NW
Atlanta, GA 30313

Coda Octopus
4020 Kidron Rd, Suite 4
Lakeland, FL 33811

Comfort Inn & Suites JFK Airport
9120 Airport Boulevard
Houston, TX 77061

Comfort Suites - Jersey Village
17550 Northwest Fwy
Houston, TX 77065

Compass Personnel
21559 Provincial Blvd
Katy, TX 77450

Complete Environmental Products, Inc.
3500 Pasadena Fwy
Pasadena, TX 77503

Concentra Occupational Health Centers
PO Box 636525
Cincinnati, OH 45263-6525

Consulate of Panama
24 Greenway Plaza, Suite 1307
Houston, TX 77046

Consultorio Medico
9889 Bellaire Blvd, Suite 124
Houston, TX 77036

Cook, Jason
8714 Alicia Drive
Tomball, TX 77375

Cook, Nicki
8714 Alicia Drive
Tomball, TX 77375

Cooper, Richard
18218 Meandering Meadow Lane
Houston, TX 77084

Corporate Images
5829 W Sam Houston Pkwy N
Suite 220
Houston, TX 77041

Corporate Traveler
4801 Woodway Drive
Suite 301
Houston, TX 77056

Crane Rental Division, Inc.
5902 Allison Road
Houston, TX 77048

Crating Unlimited
PO Box 731152
Dallas, TX 75373-1152

Cross/Talk Communications
9225 Katy Fwy
Houston, TX 77024

Crown Plaza Northwest
12801 Northwest Fwy
Houston, TX 77040

Cypress Fairbanks ISD
10494 Jones Rd #106
Houston, TX 77065

D&R Metal Finishing
<u>6448 Cunningham Road</u>
<u>Houston, TX 77041</u>

Dahill
11710 North Freeway
Houston, TX 77060

Days Inn Galliano, LA
18434 Highway 3235
Galliano, LA 70354

DeDear, Freddie
4507 FM 1952 Road
Wallis, TX 77485

Delta Rigging and Tools
21525 North Highway 288 B
Angleton, TX 77515

Deluxe Checks
<u>3680 Victoria Street North</u>
<u>Saint Paul, MN 55126-2966</u>

Denso USA LP
<u>9747 Whithorn Drive</u>
<u>Houston, TX 77095</u>

DeOliveira, Gus
2771 Grants Lake Blvd, Unit 194
Sugar Land, TX 77479

Department of State
<u>2201 C Street, NW</u>
<u>Washington, DC 20520</u>

DHL Express
16592 Collections Center Drive
Chicago, IL 60693

Diop, Christophe
<u>3629 North Macgregor Way</u>
<u>Apartment 25</u>
<u>Houston, TX 77004</u>

DISA Inc
12600 Northborough Drive, Suite 300
Houston, TX 77067

DnB NOR Bank ASA
c/o C T Corporation System
350 N. St. Paul St., Ste. 2900
Dallas, TX 75201-4234

Dominair
12122 Knigge Cemetery Road
Cypress, TX 77429

Dorstener Wire Tec Inc.
PO Box 3019
Spring, TX 77383

Doualla, Marc
16751 Carrollton Creek Lane
Houston, TX 77084

Dunbar Harder, PLLC
1 Riverway #1850
Houston, TX 77067

Edwards, Weldon
14226 Reissen Lane
Houston, TX 77069

Elif, James
11166 Wheat Ridge Drive
Houston, TX 77064

Empire Inc
7999 Hansen #115
Houston, TX 77061

Empire Tools
6327 W. 34th Street
Houston, TX 77092

Enterprise Tools


Eric Reddy
7911 Autumn Laurel Trail
Houston, TX 77095

Expedited Logistics & Freight Services
PO Box 62127
Houston, TX 77205

Express Corporate Housing
PO Box 204088
Dallas, TX 75320-4088

Expressed Corporate Housing
12777 Jones Road, Suite 275
Houston, TX 77070

Fairfield Inn & Suites
10400 Fernwood Road
Bethesda, MD 20817

Falck Safety Services
209 Clendenning Road
Houma, LA 70363

Fast Passport Center
1919 Smith Street
Houston, TX 77002

FC Business Intelligence LTD
7-9 Fashion Street
Londo E1-6PX, United Kingdom

Federal Express
PO Box 660481
Dallas, TX 75266-0481

FITT Telecommunications Inc
11301 Oak Spring Drive
Houston, TX 77043

FMW Transportkontor
505 N. Sam Houston Pkwy. E., Suite 240
Houston, TX 77060

Fontis Solutions
60 Bunsen
Irvine, CA 92618

Ford Credit
PO Box 542000
Omaha, NE 68154-8000

Forklifts & Tires
14503 Sommermeyer St.
Houston, TX 77041

Four Points by Sheraton
One Star Point
Stamford, CT 06902

Fowler, Taylour
24327 Lake Path Circle
Katy, TX 77493

Fred Pryor Seminars
5700 Broadmoor Street
Suite 300
Mission, KS 66202

GAC Energy & Marine Services LLC
16200 Central Green Blvd
Houston, TX 77032

Garza Tello & Asociados SC
Camino A Santa Teresa No. 187-C Piso 5
Parque Del Pedregal, Tialpan

GEM Insurance Agencies, LP
P.O. Box 27469
Houston, TX 77227-7469

Golden Rule Air Conditioning & Heating
8325 Broadway Road
Pearland, TX 77581

Graebel Houston Movers Inc.
10901 Tanner Road
Houston, TX 77041

Graebel/Houston Movers, Inc.
16456 E. Airport Circle
Aurora, CO 80011

Grainger LLC
Department 865281547
PO Box 419267
Kansas City, MO 64141-6267

Grant Guillotte LLC
6404 Danielle Road
New Iberia, LA 70563

Graphics Factory
40 Cypress Creek Parkway, #283
Houston, TX 77090

Green, Patrick
23314 Enchanted Landing Lane
Katy, TX 77494

Griffin Americas
3646 Greenbriar Drive
Houston, TX 77098

Griffin UK
62 Market Street
Aberdeen  AB115PJ

Groves Industrial Supply
4814 Solution Center
Chicago, IL 60677-4008

Harbor Express Services Inc.
3717 Yale Street
Houston, TX 77018

Harris County Alarm Detail
PO Box 4049
Houston, TX 77210-4049

Harris County Toll Road Authority
7701 Wilshire Place Drive
Houston, TX 77040

Hart Heat
8226 Kerr St
Houston, TX 77029

Hatec International Inc
PO Box 539
Sutherland Springs, TX 78161

Hayes Manufacturing
6875 U.S. 131
Fife Lake, MI 49633

Hertz - Yonkers, NY
999 Vanderbilt Beach Road
3rd Floor
Naples, FL 34108

HIlton Cartagena
Avenida Almirante Brion
El Laguito
Cartagena, Columbia

Hilton Garden Inn - Aberdeen City Centre
31 St. Andrew Street
Aberdeen, AB25 1JA, United Kingdom

Holcomb Oil Recycling
PO Box 263046
Houston, TX 77207

Holiday Inn Express
Highway 3162
Galliano, LA 70354

Holiday Inn JFK BLVD
15222 JFK Blvd
Houston, TX 77032

Holland & Knight
PO Box 864084
Orlando, FL 32886-4084

Home Depot
2455 Paces Ferry Road, NW
Atlanta, GA 30339-4024

Horizon Products LLC
1801 River Road
Fair Lawn, NJ 07410

Hose Power / Masthead Industries
P.O. Box 861777
Orlando, FL 32886-1777

Hose Specialty & Supply
5097 Ashley Court
Houston, TX 77041

Hotels.com
10440 North Central Expressway
Suite 400
Dallas, TX 75231

Houghton International Inc.
24543 Network Place
Chicago, IL 60673-1245

Houghton Offshore
14811 St. Marys Ln #280
Houston, TX 77079

Houston Sign Company
5801 Chimney Rock
Houston, TX 77081

Houston's Best Water, LLC
2026 Naomi Street
Houston, TX 77054

Huerta, Nicolas
2541 The Highlands Drive
Sugar Land, TX 77478

Hyatt Hotels
71 South Wacker Drive
12th Floor
Chicago, IL 60606

Hydra-Dyne
PO Box 974799
Dallas, TX 75394-4799

Hydraquip
PO Box 4493
Houston, TX 77210

Hyseco, Inc.
5900 Almeda Genoa
Houston, TX 77048

IHI Bupa
Victory House
Trafalgar Place
Brighton BN1 4FY
United Kingdom

Ikea
420 Alan Wood Road
Conshohocken, PA 19428

Independence Electric
663 Birch Street
Campbell River, BC
Canada V9W2T2

Integricert, LLC
608 Hangar Drive
New Iberia, LA 70560

International Desk Inc.
1207 SW Paradise Cove
Port Saint Lucie, FL 34986

International Marine Contractors Assoc.
52 Grosvenor Gardens
London SW1W0AU, United Kingdom

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

ISN Software Corporation
P.O. Box 841808
Dallas, TX 75284-1808

IT Solutions
12466 Deep Spring Lane
Houston, TX 77007

Jimmy Johns
2212 Fox Drive
Champaign, IL 61820

Joe Meyers Ford
16634 Northwest Freeway
Houston, TX 77040

John Fabick Tractor
3033 Nash Road
Cape Girardeau, MO 63701

Jordan Naylor
12613 Seattle Slew Drive
Apartment 2821
Houston, TX 77065

JT Hydraulic & Services CO, Inc.
1601 West 25th Street
Houston, TX 77008

Jungle Source, Inc.
5994 W Las Positas Blvd., Suite 215
Pleasanton, CA 94588

Jurys Inn Aberdeen
Union Square, Union Square Shopping Cene
Guild Street
Aberdeen AB11 5RG, United Kingdom

Karr Limousine Service
3717 Yale Street
Houston, TX 77018

Kaub, Steve
150 Sabine Street, Apt 134
Houston, TX 77007

Kelsey-Seybold Clinic
2727 West Holcombe Boulevard
Houston, TX 77025

KGM Express, Inc.
P.O. Box 840471
Houston, TX 77284-0471

Kinvig, Cameron
4949 Swiss Avenue
Dallas, TX 75214

La Quinta Inn & Suites Houma
189 Synergy Center Blvd.
Houma, LA 70360

La Quinta Inn & Suites Kenner, LA Airpor
2610 Williams Boulevard
Houston, TX 77077

LA Workforce Commission
PO Box 94186
Baton Rouge, LA 70804-9050

Lands End
PO Box 217
Dodgeville, WI 53533-0217

Leaf
P.O. Box 644006
Cincinnati, OH 45264-4006

Logan Industries International
PO Box 1408
Hempstead, TX 77445

Logix
NEED ADDRESS

Logix Communications
PO Box 3608
Houston, TX 77253-3608

Lone Star Drill Bits
PO Box 1219
Stafford, TX 77497

Lone Star NDT
13843 HWY 105 West. Ste. 421
Conroe, TX 77304

Lowes
2610 Kirkwood Drive
Houston, TX 77077

Lowes, Angela
9919 Sagemark Drive
Houston, TX 77089

Lubeznik - Batteries Plus
2662 S Gessner Road
Houston, TX 77063

M.S.O. Seals & Gasket
4702 Steffani Lane
Houston, TX 77041

Maay Hyde Park Limited Hotel London
129 Bayswater Road
London W2 4RJ
United Kingdom

Mac Haik Ford
10333 Katy Freeway
Houston, TX 77024

Main Line Security
14300 NW Frwy, Suite A-9
Houston, TX 77040

Mainfreight
2928A Greens Rd., Ste 500
Houston, TX 77032

Masthead Industries / Hose Power
PO Box 861777
Orlando, FL 32886-1777

Mathews Electrical
16840 Clay Road, Suite 114
Houston, TX 77084-4067

Maya Hyde Park Limited Hotel London

Mechanical Drives

Mega Mex
1823 Rough Neck Dr.
Humble, TX 77338-5228

Mercury Signs and Display
12407 Sowden Rd.
Houston, TX 77080

Methodist Hospital System
6550 Fannin Street, #1001
Houston, TX 77030

Micklethwaite, Shaune
PO Box 474
Melkbosstrand 7437
Capetown, South Africa

Mike Sullivan Tax Assessor-Collector
PO Box 4622
Houston, TX 77210-4622

Millenium Mayfair
Grosvenor Square
London W1K 2HP
United Kingdom

Miller, Jason
11834 Castle Ridge Drive
Houston, TX 77077

Miller, Jason
11834 Castle Ridge Drive
Houston, TX 77007

Moore, Jonathan
4450 Sherwood Lane, #18
Houston, TX 77092

Morgan City Rentals
PO Box 67128
Dallas, TX 75267-1248

Morpho Trust USA
296 Concord Road
Suite 300
Billerica, MA 01821

Motel 6
16884 Northwest Freeway
Houston, TX 77040

MRO Supply
2915 E. Washington Blvd
Los Angeles, CA 90023

MSC Industrial Supply
4540 Kendrick Plaza Drive
Houston, TX 77032

MTS Houston Section
9300 Sandstone Street
Austin, TX 78749

Murphy, Patrick
19519 Coppervine Lane
Houston, TX 77084

Mustang Cat
PO Box 4346
Department 144
Houston, TX 77210-4346

Nationwide Cleaning Service
PO Box 821188
Houston, TX 77282-1188

Naylor, Jordan
c/o Brian Beckcom
6363 Woodway Dr., Suite 400
Houston, TX 77057

New Hampshire Insurance Company
21 S Fruit Street
#14
Concord, NH 03301

NewsBase Limited
108-114 Dubdas Street
Edinburgh

Nieva, Rafael Hernandez
Oriente 27 Andador 13, Numero 4 U.H.
Pluviosilla, Orizaba
Veracruz CP 94329

Noguera, Maricarmen
Calle 45 #95 A Col. Tecolutla
Ciudad del Carmen, Campeche 24178
Mexico

Noremac Gas
22136 Westheimer Parkway #425
Houston, TX 77045

Occupational Safety Training
15621 Blue Ash Drive
Suite 150
Houston, TX 77090

Office Depot Inc
P.O. Box 88040
Chicago, IL 60680-1040

Offshore Equipment Certifications
PO Box 14401
Humble, TX 77347

Omni Hotel Services
13210 Katy Fwy
Houston, TX 77079

Omni Manufacturing Services
2441 McAllister, Suite G
Houston, TX 77092

OMS Houma
144 Valhi Lagoon Crossing
Houma, LA 70360

One Point Street, Inc.
c/o Linda R. Shaw
Knauf Shaw LLP
2 State Street, Suite 1400
Rochester, NY 14614

Pace Analytical Services, Inc.
2190 Technology Dr.
Schenectady, NY 12308

Paredes, Alejandro
6115 Saratoga Springs
Houston, TX 77041

Patriarch Electrical
5614 Foresthaven Drive
Houston, TX 77066

Pep Boys
9105 Jones Rd.
Houston, TX 77065

<u>Phillips, Richard</u>
<u>36K Flamingo Park</u>
<u>Discovery Pay, Providenciales</u>

Pitney Bowes Global Financial Services
PO Box 371896
Pittsburgh, PA 15250-7896

Power Supply
3468 Yale Street
Houston, TX 77018

Power Therm
7420 Wright Road
Houston, TX 77041

PPG
2440 E Pasadena Freeway
Pasadena, TX 77506

Praxair Distribution Inc.
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

Precision Alterations & Cleaners
<u>8302 N Eldridge Parkway, #160</u>
<u>Houston, TX 77041</u>

Premier Auto Service
7210 Senate Ave.
Houston, TX 77040

PriceLine
<u>Norwalk, CT</u>

Principal Dental
<u>711 High Street</u>
<u>Des Moines, IA 50392</u>

Pro-Tech Welding
19623 Atascocita Shores
Humble, TX 77346

Progressive Diesel Red Inc
8311 Industrial Drive
Pearland, TX 77584

Progressive Distribution Inc.
<u>3330 Bering Drive</u>
<u>Houston, TX 77057</u>

Quality Customs Brokers, Inc.
<u>8820 Will Clayton Parkway, #D</u>
<u>Humble, TX 77338</u>

Quantum Printing Specialists, LLC
5829 West Sam Houston Parkway #901
Houston, TX 77041

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Reddy, David
2404 Cunningham Drive
Pearland, TX 77581

Reef Subsea AS
Solheimsgaten 15
5058 Bergen, Norway

Reef Subsea Dredging & Excavation Norway
Solheimsgaten 15
5058 Bergen, Norway

Reef Subsea UK Ltd
c/o Dan Butters and Adrian Berry
1 City Square
Leeds, West Yorkshire, United Kingdom

Regal Tags
<u>1700 Wirt Road</u>
<u>Houston, TX 77055</u>

Renaissance London Heathrow Hotel
<u>Bath Road</u>
<u>Hounslow TW6 2AQ</u>
<u>United Kingdom</u>

Renaissance New Orleans Arts Hotel
<u>700 Tchoupitoulas Street</u>
<u>New Orleans, LA 70130</u>

Rice, Galen
<u>2401 S Gessner Road</u>
<u>Apartment 339</u>
<u>Houston, TX 77063</u>

Riot Creative Imaging
Arc Texas P.O. Box 203890
Dallas, TX 75320-3890

Rodriguez, Paul
8403 Hatton
Houston, TX 77025

Ross Joyner PLLC
1700 Pacific Avenue, Suite 3750
Dallas, TX 75201

Royal Regency Hotel
165 Truckahoe Road
Yonkers, NY 10710

Royal Sonesta Hotel Houston
2222 West Loop South
Houston, TX 77027

Safety Wear Ltd
11050 W. Little York Rd B-2
Houston, TX 77041

San Antonio River Center Marriott
101 Bowie Street
San Antonio, TX 78205

SeaROV Services
607 East Second Street
Broussard, LA 70518

SeaROV Services
PO Box 766
Broussard, LA 70518-0766

Seatronics, Inc.
719 Highway 90 East
New Iberia, LA 70560

Sensortechnics
905 South Main St., Suite 201
Mansfield, MA 02048

Seven Star Packaging
5910 Brittmore
Houston, TX 77041

Sheraton Houston West Hotel
11191 Clay Road
Houston, TX 77041

Society for Underwater Technology
10001 Westheimer Street
#2695
Houston, TX 77042

Southwest Process Controls
7600 S Santa Fe Drive
Houston, TX 77061

Sparkle Sign
7938-A Wright Road
Houston, TX 77041

Stansfeild & Fairbrother
9300 Sandstone Street
Austin, TX 78737

Steel Supply
14130 West Road
Houston, TX 77041

Stewart & Stevenson
PO Box 301063
Dallas, TX 75303-1063

Subsea Tieback Forum and Exhibition
Henry B. Gonzalez Convention Center
Galveston, TX

Sullivan Wire Rope & Rigging
P.O. Box 262809
Houston, TX 77207-2809

Sun Source
PO Box 730698
Dallas, TX 75373-0698

System 4 of Houston
9800 Northwest Freeway, Suite 507
Houston, TX 77092

T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252

Teche Electric Supply LLC
712 South Bayou Drive
Golden Meadow, LA 70357

Technocean AS
Solheimsgaten 15
5058  Bergen Norway

Teledyne Reson
100 Frederic Lopez Road
Goleta, CA 93117

Texas Car Wash
6016 N Eldridge Pkwy
Houston, TX 77040-4015

Texas DMV
12230 West Road
Houston, TX 77065

The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

The Nut Place
6605 North Gessner Drive
Houston, TX 77040-4015

Top Golf Houston
1030 Memorial Brook BLVD
Houston, TX 77084

Torres, Bernardo
8214 Mier Manor Court
Richmond, TX 77406

Tracy Electric Supply, Inc.
4851
Homestead Road
#100
Houston, TX 77028

Travelvax-Travel Health Clinic
14655 Northwest FWY, #101
Houston, TX 77040

Triple B Cookers
19634 Webb
Alvin, TX 77511

Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7934

U.S. Security Gate
16803 Duckwater Cove
Houston, TX 77095

U.S. Security Gate
16902 Copper Shore Drive
Houston, TX 77095-4376

UBS Financial Services
15958 City Walk, Suite 240
Sugar Land, TX 77479

UHY Advisors
P.O. Box 654001
Dallas, TX 75265-4001

UHY Advisors
2929 Allen Pkwy
Houston, TX 77091

Uline
PO Box 88741
Chicago, IL 60680-1741

Umbilical International
10711 Cash Rd.
Stafford, TX 77477

United Fire Group
455 E Medica Center BLVD
#400
Webster, TX 77598

United Vision Logistics
P.O. Box 975357
Dallas, TX 75397-5357

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280

US Telecom
PO Box 732275
Dallas, TX 75373-2275

Use DEW20127 D&E Norway
Gismeroyveien 207
 4515  Mandal Norway

Vertex Distribution
NW 5943
PO Box 1450
Minneapolis, MN 55485-5943

Wade, Jamie
17507 Redleaf Hollow Lane
Houston, TX 77095

Waste Management
PO Box 660345
Dallas, TX 75266

Wathen, Andrew
10415 Autumn Harvest Drive
Houston, TX 77064

Webster Instruments
1290 East Waterford Ave
Milwaukee, WI 53235

Wellborn Tire Co, Inc.
6620 Cunningham Road
Houston, TX 77041

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Wilson Company
7330 W Sam Houston Pkwy N
Houston, TX 77040

Wingate by Wyndham Houma LA
1835 Martin Luther King Jr. Blvd
Houma, LA 70360

Womack
PO Box 3197
Carol Stream, IL 60132

Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293

X-Subsea Singapore
Shenzhen New Times Plaza Centre
3/F, New Times Plaza
1 Taizi Road Shekou
Nanshan District, Shenzhen, 518067 China

X-Subsea UK Holding Ltd.
c/o Iain Fraiser
FRP Advisors
United Kingdom

X-Subsea UK, Ltd.
c/o Iain Fraiser
FRP Advisors

ZEP
1310 Seaboard Industrial Dr.
Atlanta, GA 30318