FALCK SAFETY SERVICES DE MEXICO S A P I DE CV
CENTRAL PONIENTE SN
PUERTO PESQUERO
CIUDAD DEL CARMEN, CAMPECHE CP: 24129
RFC: FSS091014GK7

# Factura

| Fecha | Folio |
|---|---|
| 27/ago/2015 12:03:16 | 437 |

**Cliente**

X-SUBSEA MÉXICO S DEL RL DE CV

CALLE CAMINO A SANTA TERESA 187 C PISO 5
COL. PARQUE DEL PEDREGAL, TLALPAN
Distrito Federal, DF CP: 14010
RFC: RSS120330C41          Cristian Giner

 

Falck Safety Services

| Orden de compra | Condiciones | Vendedor | Vía de embarque |
|---|---|---|---|
|  | CONTADO |  |  |

| Artículo | Nombre | U.med. | Unidades | Precio | Descto. | Importe |
|---|---|---|---|---|---|---|
| TF | Training Facility | Servicio | 1 | 500.00 |  | 500.00 |

Rent of space in our facilities from June 5 to July 16, 2015

Cadena original del complemento de certificación digital del SAT:
||1.0|787EA2B5-AB7E-2C4F-8DEE-5F9003B1D36F|2015-08-27T12:06:22|dFErzkxUmm7XXpSEnucCXlg6ovoozofs+Byl/erMxpX2fSvxLcWVKzs65StVSjVKI90HgJZ2V1+5nV6jam+dvbG0+iBaVmiAANw2Qxcy6z0uYiyzHQDVkvKH1BOqKTlDMOpx7rswppPOHNsee/4CKu/XDLWaRPN+6DeAKLXQ1B4=|00001000000200011997||

Sello digital del CFDI:
dFErzkxUmm7XXpSEnucCXlg6ovoozofs+Byl/erMxpX2fSvxLcWVKzs65StVSjVKI90HgJZ2V1+5nV6jam+dvbG0+iBaVmiAANw2Qxcy6z0uYiyzHQDVkvKH1BOqKTlDMOpx7rswppPOHNsee/4CKu/XDLWaRPN+6DeAKLXQ1B4=

Sello digital del SAT:
yXeEYg7b0J5njds803usJIzzKB7AlqNueDJCHaxWykyByGPBoXCH4l/nOYgu1MH4I4s7WNzbM+0xnlO1JtxaBYTFdwhJK1U0yrzEt/sj8Gt3dr44mqCwvsCYx4RDXAt218WJP9cVN4Vc4fs8H27.+R9LCqhHoVVEY7CIg9J9Lrg=

## EXHIBIT A

(Quinientos ochenta dolar americano 00/100)

| | |
|---|---|
| Subtotal | 500.00 |
| IVA 16% | 80.00 |

Pago en una sola exhibición
Método de pago: No aplica

| | |
|---|---|
| Total (US$) | 580.00 |

Este documento es una representación impresa de un CFDI.   Régimen fiscal emisor: Régimen general personas morales
Folio del SAT: 787EA2B5-AB7E-2C4F-8DEE-5F9003B1D36F  Fecha de certificación: 27/ago/2015 12:06:22
Certificado del emisor: 00001000000301693146   Certificado del SAT: 00001000000200011997